Filed
D.C. Superior Court
12/18/2018 18:48PM
Clerk of the Court

### IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **ALEXIS DAYE**<br>163 Uhland Terrace, NE<br>Washington, DC 20002<br><br>          Plaintiff,<br><br>v.<br><br>**ALBERT TARR**<br>81 Rosemont Avenue<br>Youngstown, Ohio 44515<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No.:  **2018 CA 008670 V**<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

COMES NOW the Plaintiff, Alexis Daye, by and through her attorneys Zachary S. Myers, Esq., and Judy L. Feinberg, Esq. of Feinberg Myers, PC and sues Defendant, Albert Tarr, and in support hereof states the following:

1. This Court has jurisdiction pursuant to D.C. Code Annotated, 1973 Edition, as amended, Sec. 11-921.

2. Plaintiff Alexis Daye (hereinafter "Daye") is an adult individual who resides in the District of Columbia.

3. Defendant Albert Tarr (hereinafter "Tarr") is an adult individual who resides in Youngstown, Ohio.

4. This Court has jurisdiction because the subject automobile collision occurred in the District of Columbia.



5. On or about October 30, 2016 at approximately 8:30 pm, Plaintiff Daye was operating a vehicle on 9th Street NW, at or near its intersection with U Street NW, in the District of Columbia with a green traffic signal.

6. At that time and place, Defendant Tarr, who was operating a vehicle on U Street NW, ran a red light and entered the intersection of U Street NW and 9th Street NW, where upon he caused a collision and and struck the vehicle being operated by Plaintiff and subsequently struck another vehicle.

## COUNT I: NEGLIGENCE

7. Paragraphs 1-6 are hereby incorporated by reference and re-alleged as if fully re-stated herein.

8. At all times, Defendant Tarr had a duty to operate his motor vehicle with reasonable care.

9. Notwithstanding this duty, and in breach thereof, Defendant Tarr negligently operated his vehicle in a careless manner when he caused a collision with the Plaintiff's vehicle. Among other things, Defendant Tarr failed to obey a traffic signal, failed to stop, failed to stop at a red light, failed to yield the right-of-way, failed to keep a proper lookout, failed to pay full-time and attention, failed to operate his motor vehicle at a reasonable speed under the circumstances, and failed to control his vehicle so as to avoid a collision, and otherwise failed to operate his vehicle in accordance with the laws, rules and regulations then and there in full force and effect in the District of Columbia.

10. Defendant Tarr failed to exercise reasonable care under the circumstances and caused a collision with the Plaintiff's vehicle.

11. As a direct and proximate result of this collision, Plaintiff Daye sustained severe bodily injuries, economic losses, medical bills, lost income and lost income capacity, and non-economic losses recoverable at law.

12. Plaintiff Daye sustained and will continue into the future to sustain pain and suffering, medical expenses, and other economic and non-economic damages.

13. Any and all conditions precedent have been satisfied prior to filing this suit.

WHEREFORE, Plaintiff, Alexis Daye, demands judgment in the amount of Five-Hundred Thousand ($500,000.00) Dollars against Defendant, Albert Tarr, plus costs, and interest.

Respectfully Submitted,

Zachary S. Myers, Esq. #1011167
Judy L. Feinberg, Esq. #290353
Feinberg Myers, P.C.
9241 Cambridge Manor Court
Potomac, MD 20854
301-765-0076
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues raised herein.

Zachary S. Myers
Judy L. Feinberg